41 A.3d 1286

**In re James FAIRELL, Jr.**

**Petition of James Fairell, Jr.**

**No. 194 EM 2011.**

Supreme Court of Pennsylvania.

April 20, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**